# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF E. H., A MINOR
16 YEARS OF AGE.

E. H.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76455

**FILED**

NOV 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b). The clerk is directed to issue the remittitur forthwith.

It is so ORDERED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:   Hon. William O. Voy, District Judge, Family Court Division
      Clark County Public Defender
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

---

[1] In light of this disposition, the stay imposed by the Court of Appeals on August 22, 2018, has been rendered moot.

19-48361

